1  William D. Hyslop
   United States Attorney
2  Eastern District of Washington
3  Benjamin D. Seal
   Assistant United States Attorney
4  402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

7           UNITED STATES DISTRICT COURT
8       FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10              Plaintiff,
11
12         v.
13  OSCAR BARRERA-GAYTAN,
14  JOVANI ORTEGA-GARCIA,
    JOSE SALAS-ORTEGA,
15  JOSE ANTONIO GONZALEZ-
16  SANCHEZ,
    BIANCA LOPEZ,
17  JONATHAN PARRA,
18  DANIEL LOERA,
19              Defendants.

4:19-CR-6069-SMJ
INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),
(b)(1)(A)(i) & 846
Conspiracy to Distribute 50 Grams or
More of Actual (Pure) Methamphetamine
and 1 Kilogram or More of Heroin
(Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Distribution of 50 Grams or More of
Actual (Pure) Methamphetamine
(Counts 2-4, 6)

21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)
Distribution of 40 Grams or More of a
Mixture or Substance Containing a
Detectable Amount of Fentanyl
(Count 5)

21 U.S.C. § 841(a)(1), (b)(1)(A)(i)
Distribution of 1 Kilogram or More of
Heroin
(Count 7)

INDICTMENT- 1

|   |   |
|---|---|
|   | 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) Possession with Intent to Distribute 1 Kilogram or More of Heroin (Count 8) |
|   | 21 U.S.C. § 841(a)(1), (b)(1)(B)(i) Distribution of 100 Grams or More of Heroin (Count 9) |
|   | Forfeiture Allegations 21 U.S.C. § 853 |

The Grand Jury charges:

## COUNT 1

Beginning on or about a date unknown, but at least by on or about July 1, 2019, and continuing to on or about December 6, 2019, in the Eastern District of Washington, and elsewhere, the Defendants, OSCAR BARRERA-GAYTAN, JOVANI ORTEGA-GARCIA, JOSE SALAS-ORTEGA, JOSE ANTONIO GONZALEZ-SANCHEZ, BIANCA LOPEZ, JONATHAN PARRA, and DANIEL LOERA, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, both known and unknown, to commit the following offense against the United States, to wit: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, and 1 kilogram or more of a mixture or substance containing a detectable amount of

INDICTMENT- 2

heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(A)(i); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about July 11, 2019, in the Eastern District of Washington, the Defendant, OSCAR BARRERA-GAYTAN, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about July 24, 2019, in the Eastern District of Washington, the Defendant, JOVANI ORTEGA-GARCIA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 4

On or about August 15, 2019, in the Eastern District of Washington, the Defendant, JOVANI ORTEGA-GARCIA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 5

On or about August 20, 2019, in the Eastern District of Washington, the Defendant, JOVANI ORTEGA-GARCIA, did knowingly and intentionally

distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 6

On or about September 17, 2019, in the Eastern District of Washington, the Defendants, OSCAR BARRERA-GAYTAN and JOVANI ORTEGA-GARCIA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 7

On or about September 18, 2019, in the Eastern District of Washington, the Defendant, OSCAR BARRERA-GAYTAN, did knowingly and intentionally distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i).

## COUNT 8

On or about September 18, 2019, in the Eastern District of Washington, the Defendant, JOSE ANTONIO GONZALEZ-SANCHEZ, did knowingly and intentionally possess with intent to distribute 1 kilogram or more of a mixture or

INDICTMENT- 4

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i).

## COUNT 9

On or about November 21, 2019, in the Eastern District of Washington, the Defendant, DANIEL LOERA, did knowingly and intentionally distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) as alleged in Counts 1-9 of this Indictment, the Defendants, OSCAR BARRERA-GAYTAN, JOVANI ORTEGA-GARCIA, JOSE SALAS-ORTEGA, JOSE ANTONIO GONZALEZ-SANCHEZ, BIANCA LOPEZ, JONATHAN PARRA, and DANIEL LOERA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT- 5

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 10th day of December, 2019.

A TRUE BILL

Foreperson

WILLIAM D. HYSLOP
United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT- 6