FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR BARRERA-GAYTAN, (01),<br>JOVANI ORTEGA-GARCIA, (02),<br>JOSE SALAS-ORTEGA, (03),<br>JOSE ANTONIO GONZALEZ-SANCHEZ, (04),<br>BIANCA LOPEZ, (05),<br>JONATHAN PARRA, (06),<br>DANIEL LOERA, (07),<br><br>Defendants. | No.  4:19-cr-06069-SMJ-01<br>4:19-cr-06069-SMJ-02<br>4:19-cr-06069-SMJ-03<br>4:19-cr-06069-SMJ-04<br>4:19-cr-06069-SMJ-05<br>4:19-cr-06069-SMJ-06<br>4:19-cr-06069-SMJ-07<br><br>**ORDER GRANTING DEFENDANT BARRERA-GAYTAN'S MOTION AND DECLARATION TO CONTINUE PRE-TRIAL AND TRIAL DATES**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

Before the Court, without oral argument, is Defendant Oscar Barrera-Gaytan's (01) Motion and Declaration to Continue Pre-trial and Trial Dates, ECF No. 142.[2] Defense counsel Ricardo Hernandez requests a continuance of the pretrial

---

[1] This Order amends and supersedes in part the Court's December 9, 2019 Case Management Order, ECF No. 104, as to Defendant Ramirez (04), the Court's December 11, 2019 Case Management Order, ECF No. 77, as to the remaining Defendants, and January 6, 2020, Amended Case Management order, ECF No. 130, as to all Defendants.

[2] Also pending before the Court are Defendant Jonathan Parra's (06) motion to join in Defendant Barrera-Gaytan's (01) motion, ECF No. 143, Defendant Daniel Loera's (07) motion to join in Defendant Barrera-Gaytan's (01) motion, ECF No. 150, and Defendant Jose Salas-Ortega's (03) Notice to Join in Pretrial Motions Filed

AMENDED CASE MANAGEMENT ORDER - 1

motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial.[3] All Defendants support the requested continuance for the articulated reasons. ECF Nos. 152, 153, 155, 156, 158, 159 & 160. Defense counsel for all Defendants agree regarding the proposed case management deadlines. ECF No. 150. Assistant United States Attorney Benjamin D. Seal, appearing on behalf of the Government, does not oppose the requested continuance. ECF No. 142.

The Indictment as to all Defendants was filed on December 10, 2019. ECF No. 51. Ricardo Hernandez appeared on behalf of Defendant Barrera-Gaytan (01) on December 6, 2019. ECF No. 6.[4] Adam R. Pechtel appeared on behalf of Defendant Ortega-Garcia (02) on December 6, 2019. ECF No. 12. Nicholas Wright Marchi appeared on behalf of Defendant Salas-Ortega (03) on December 6, 2019.

---

By Other Defendants, ECF No. 154. As the Court now grants Defendant Barrera-Gaytan's (01) motion, continues trial, and resets all pending case management deadlines as to *all* Defendants, these related motions, ECF Nos. 143, 150 & 154, are denied as moot.

[3] Defense counsel's motions sought to extend, among other things, the deadline to file all pretrial motions, *see* ECF No. 142, and was filed on March 2, 2020, the same day by which such motions were to be filed, *see* ECF No. 138. Counsel is reminded that when a motion seeks time-sensitive relief, such as to extend a deadline occurring before a motion would typically be set for hearing, counsel must file a motion to expedite. *See* LCivR 7(i)(2)(C).

[4] The Court notes that prior to the filing of the Indictment on December 10, 2019, *see* ECF No. 51, the public docket sheet includes multiple entries assigned the same ECF number. However, the Court believes the context of its references to the docket in this Order adequately identifies to which entries it refers.

AMENDED CASE MANAGEMENT ORDER - 2

ECF No. 13. Gregory Lee Scott appeared on behalf of Defendant Gonzalez-Sanchez (04) on December 11, 2019. ECF No. 78. Alex B. Hernandez, III appeared on behalf of Defendant Lopez (05) on December 9, 2019. ECF No. 22. Kenneth D. Therrien appeared for Defendant Parra (06) on December 6, 2019. ECF No. 14. Richard A. Smith appeared on behalf of Defendant Loera (07) on December 6, 2019. ECF No. 43.

This is the second request for a continuance by any Defendant. To ensure defense counsel are afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently-scheduled pretrial conference and trial dates. The Court finds that Defendants' continuance requests are knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in a speedy trial. The delay resulting from Defendant Barrera-Gaytan's (01) motion is therefore excluded under the Speedy Trial Act as to all Defendants.

Counsel are advised that all successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence.

**In addition, counsel is advised that all future motions to extend or alter case management dates or deadlines will be considered applicable to all**

**Defendants unless an individual Defendant expresses a desire to be excluded from the motion**. Accordingly, prior to filing any such motion in the future, **all** defense counsel shall confer and, if all Defendants are in agreement, so state in filing a single joint motion. Counsel is reminded that prior to ruling on a motion to continue trial, all Defendants must provide signed Statements of Reasons.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth the deadlines, hearings, and requirements the parties will observe in this matter. To the extent this Order conflicts with any previously entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMOs which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Oscar Barrera-Gaytan (01) Motion and Declaration to Continue Pre-Trial and Trial Dates, **ECF No. 142**, is **GRANTED**.

2. Defendant Jonathan Parra's (06) Motion to Join as to Defendant Oscar Barrera-Gaytan's Motion to Continue Pretrial Conference and Trial Dates and Extend Time for Filing, **ECF No. 143**; Defendant Daniel Loera's (07) Motion and Declaration to Join Motion and Declaration

AMENDED CASE MANAGEMENT ORDER - 4

to Continue Pre-Trial and Trial Dates [ECF No. 142], **ECF No. 150**; and Defendant Jose Salas-Ortega's (03) Notice to Join in Pretrial Motions Filed By Other Defendants, **ECF No. 154**, are **DENIED AS MOOT**.

3. The Court finds, given defense counsels' need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

4. **Original CMO.** <u>Counsel for all Defendants must review the provisions of the Court's respective original CMOs, ECF Nos. 77 and 104, and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines.</u>

5. **Pretrial Conference**

    *A.* The current pretrial conference date of April 2, 2020 is

AMENDED CASE MANAGEMENT ORDER - 5

STRICKEN and RESET to **July 22**, **2020** at **9:15 AM** in **RICHLAND**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

    **B.**    All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **Any party who fails to provide this notice will be limited to fifteen (15) minutes.**

**6.**    **Trial**. The current trial date of May 11, 2020 is **STRICKEN** and **RESET** to **August 24, 2020**, at **9:00 AM** in **RICHLAND**. The **final** pretrial conference will begin at **8:30 A.M.**

**7.**    Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations as to ALL Defendants** the period from **March 2, 2020**, the date defense counsel for Defendant Barrera-Gaytan (01) moved to continue, through **August 24, 2020,** the new trial date, as the period of delay granted for adequate preparation by counsel.

//

AMENDED CASE MANAGEMENT ORDER - 6

8. **Summary of Deadlines**

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **July 1, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **July 22, 2020 9:15 AM - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **July 27, 2020** |
| Grand jury transcripts produced to Defendants<br>    Case Agent:<br>    CIs:<br>    Other Witnesses: | **July 27, 2020**<br>**July 27, 2020**<br><br>**July 27, 2020** |
| Exhibit lists filed and emailed to the Court | **August 17, 2020** |
| Witness lists filed and emailed to the Court | **August 17, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **August 14, 2020** |
| Exhibit binders delivered to all parties and to the Court | **August 14, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **August 14, 2020** |
| Trial notices filed with the Court | **August 14, 2020** |

//

//

//

//

//

//

//

AMENDED CASE MANAGEMENT ORDER - 7

| Technology readiness meeting (in-person) | August 17, 2020 |
|---|---|
| **JURY TRIAL** | **August 24, 2020**<br>**9:00 AM - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 18th day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER - 8